**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JER'BRELL KEON WESTMORELAND,** *Petitioner,* | : | **CIVIL ACTION** |
| v. | : | **NO. 26-3708** |
| **CHERYL STEBERGER, WARDEN OF LANCASTER COUNTY PRISON,** *Respondent.* | : | |

**ORDER**

**AND NOW,** this **13th** day of **October 2026**, upon consideration of Petitioner Jer'brell Keon Westmoreland's *pro se* Petition for a Writ of *Habeas Corpus* (the "Petition") (ECF No. 5), the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga (ECF No. 8), Petitioner's *pro se* Objections to the Report and Recommendation (ECF No. 9), and the docket, it is hereby **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (ECF No. 9) are **OVERRULED** for the reasons stated in the accompanying memorandum opinion.

2. The Court **DECLINES** to adopt the Report and Recommendation of Magistrate Judge Arteaga (ECF No. 8) for the reasons stated in the accompanying memorandum opinion.

3. The Petition (ECF No. 5) is **SUMMARILY DISMISSED AS MOOT WITHOUT PREJUDICE** for the reasons stated in the accompanying memorandum opinion.

4. No certificate of appealability shall issue because Petitioner has not made a substantial showing of the denial of a constitutional right and reasonable jurists would not disagree with the Court's resolution of the Petition. *See* 28 U.S.C. §

2253(c); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

5. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned matter.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**